Lulu A. Carter, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Order affirmed, with costs and disbursements. No opinion. (Patterson, P. J., and Laughlin, J., dissented.)

Banque Commerciale de Bale, Respondent, v. Robert B. MacLea Company, Appellant.— Judgment affirmed, with costs. No opinion.

The Merchants National Bank of the City of New York, Respondent, v. Robert B. MacLea Company, Appellant.— Judgment affirmed, with costs. No opinion.

Alice McBennett, as Administratrix, etc., of Patrick McBennett, Deceased, Appellant, v. David Shuldiner Glass Company, Respondent.— Judgment and order affirmed, with costs. No opinion.

Angelo De Tomaso, Administrator, etc., of Tomaso De Tomaso, Deceased, Appellant, v. John C. Orr Company, Respondent.— Judgment and order affirmed, with costs. No opinion. (Houghton, J., dissenting.)

Joseph Battaglia, as Administrator, etc., of Sanducci Battaglia, Deceased, Appellant, v. New York Contracting Company, Pennsylvania Terminal, Respondent.— Judgment and order affirmed, with costs. No opinion.

The People of the State of New York ex rel. Albert Rodler v. Deutscher Krieger Bund, New York.— Motion denied, with ten dollars costs. Settle order on notice.

In the Matter of Joseph D. Hart.— There appears to be no necessity for a further reference in this proceeding. The parties may be heard orally if they so desire on Friday, February nineteenth, at ten-thirty A. M., and if the respondent desires to offer further testimony it will then be heard in open court.

In the Matter of Everett T. Chappell.— Hearing set for Friday, February nineteenth, at ten-thirty A. M. (See memorandum per curiam.)

In the Matter of William H. Flitner.— Respondent disbarred. Settle order on notice.

Maynard N. Clement, as State Commissioner of Excise of the State of New York, Respondent, v. Federal Union Surety Company, Appellant (Apisdorf Certificate).— Judgment and order affirmed, with costs. No opinion. (Houghton, J., dissented.)

Emile Baumgarten, Respondent, v. Blue Ribbon Garage Company, Appellant. — Judgment affirmed, with costs. No opinion.

Henrietta Hahn, Respondent, v. National Mortgage Company, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer, and to answer on payment of costs. No opinion.

John Aitken, Individually and as Trustee, etc., Appellant, v. Charles H. Young, as Executor of George Ferguson, Deceased, and The American Bonding Company of Baltimore, Respondents.— Judgment affirmed, with costs. No opinion.